IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1905-AP**

IN RE:

**GILBERT DE WAYNE DAVIS,**

     Debtor.

**GILBERT DE WAYNE DAVIS**,

     Appellant,

v.

**CITIFINANCIAL AUTO CORPORATION
f/k/a ARCADIA FINANCIAL LTD, and
CHASE HOME FINANCE LLC,**

     Appellees.

## ORDER OF DISMISSAL

KANE, J.

Upon consideration of Petitioner's Motion to Dismiss this Appeal (doc. #6), filed October 6, 2005, it is

ORDERED that the Motion is **GRANTED.** This appeal is **DISMISSED** because the Appellant has indicated that it is a duplicate of case no. 05-cv-1867-WYD-BNB

Dated this 12th day of October, 2005.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court